**Karen O'Kasey**, OSB No. 870696
E-mail:  kok@hartwagner.com
**Andrew T. Weiner**, OSB No. 115485
E-mail:  atw@hartwagner.com
**HART WAGNER LLP**
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

*Of Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WILLIAM LUCERO,<br><br>    Plaintiff,<br><br> v.<br><br>NORTH BEND SCHOOL DISTRICT #13, a municipal corporation of the State of Oregon; NORTH BEND SCHOOL DISTRICT #13 BOARD OF DIRECTORS; WILLIAM YESTER, individually and in his capacity as Superintendent for NORTH BEND SCHOOL DISTRICT #13; and REBEKAH JACOBSON, individually and in her capacity as attorney for NORTH BEND SCHOOL DISTRICT #13,<br><br>    Defendants. | No. 6:19-cv-00506-MK<br><br>**STIPULATED MOTION TO DISMISS FEDERAL CLAIMS AND TO REMAND REMOVED ACTION** |

William Lucero ("plaintiff") and North Bend School District #13, North Bend School District #13 Board of Directors, William Yester, and Rebekah Jacobson (collectively "defendants") stipulate as follows:

///

///

Page 1 -   STIPULATED MOTION TO DISMISS FEDERAL
    CLAIMS AND TO REMAND REMOVED ACTION

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

1. On March 11, 2019, plaintiff commenced an action in the Coos County Circuit Court entitled *William Lucero v. North Bend School District #13, a municipal corporation of the State of Oregon, North Bend School District #13 Board of Directors, William Yester, individually and in his capacity as Superintendent for North Bend School District #13, and Rebekah Jacobson, individually and in her capacity as attorney for North Bend School District #13*, Case No. 19CV11318 (the "Action").

2. On April 8, 2019, after acknowledging service of the complaint, defendants filed a notice of removal of the Action pursuant to U.S.C. §§ 1441 and 1446 with the United States District Court in the District of Oregon, Eugene Division.

3. On April 8, 2019, defendants completed the removal process by filing a conformed copy of the notice of removal with the Coos County Circuit Court.

4. The Action includes two federal law claims brought pursuant to 42 U.S.C. § 1983. Plaintiff's seventh claim for relief alleges deprivation of plaintiff's constitutionally protected property interest, and plaintiff's eighth claim for relief alleges deprivation of plaintiff's constitutionally protected liberty interest.

5. After conferral, plaintiff agrees to dismiss the two federal law claims with prejudice, and the parties agree that the remaining claims should be remanded to the Coos County Circuit Court.

6. To that end, the parties hereby stipulate that plaintiff's seventh and eighth claims for relief brought pursuant to 42 U.S.C. § 1983 be dismissed with prejudice, and the Action be remanded to the Coos County Circuit Court for resolution of plaintiff's remaining claims.

///

///

Page 2 - STIPULATED MOTION TO DISMISS FEDERAL CLAIMS AND TO REMAND REMOVED ACTION

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

7. The parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

Respectfully submitted this 24th day of April, 2019.

                              HART WAGNER, LLP

By:   */s/ Karen O'Kasey*
       Karen O'Kasey, OSB No. 870696
       kok@hartwagner.com
       Andrew T. Weiner, OSB No. 115485
       atw@hartwagner.com
       Of Attorneys for Defendants

                              RI LAW GROUP, LLC

By:   */s/ H. Roland Iparraguirre*
       H. Roland Iparraguirre, OSB No. 972890
       roland@rilawgroup.com
       Shannon N. Rickard, OSB No. 011572
       Of Attorneys for Plaintiff

Page 3 - STIPULATED MOTION TO DISMISS FEDERAL CLAIMS AND TO REMAND REMOVED ACTION

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2019, I served the foregoing **STIPULATED MOTION TO DISMISS FEDERAL CLAIMS AND TO REMAND REMOVED ACTION** on the following party at the following address:

H. Roland Iparraguirre
Shannon N. Rickard
RI Law Group, LLC
10121 SE Sunnyside Rd Ste 300
Clackamas, OR 97015
    *Of Attorneys for Plaintiff*

by electronic means through the Court's Case Management/Electronic Case File system.

          */s/ Karen O'Kasey*
          Karen O'Kasey

Page 1 - CERTIFICATE OF SERVICE

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301